JOHN E. PEER – State Bar No. 95978
jpeer@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff and
Counterdefendant THE CONTINENTAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>L.W. Potter, Inc., a California corporation, and DOES 1 - 10<br><br>Defendants. | Case No. 1:13−CV−01785−BAM<br><br>Case assigned to Hon. Barbara A. McAuliffe<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| L. W. Potter, Inc.,<br><br>Counterclaimant,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Counterdefendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a) and (c), Plaintiff and Counterdefendant The Continental Insurance Company, and Defendant and Counterclaimant L.W. Potter, Inc., through their counsel of record, hereby stipulate as

follows:

WHEREAS the parties have reached a settlement of all claims set forth in the Complaint and the Counterclaim;

WHEREAS the parties have fully executed the settlement agreement and consideration therefore has been paid;

WHEREAS the parties now wish to terminate this action with prejudice;

IT IS HERE BY STIPULATED that the above-captioned action be dismissed with prejudice, each party to bear their own fees and costs for the prosecution and defense of this action.

DATED: August 8, 2014

WOOLLS & PEER
A Professional Corporation

/s/ John E. Peer

JOHN E. PEER
Attorneys for Plaintiff and Counterdefendant
THE CONTINENTAL INSURANCE COMPANY

DATED: August 8, 2014

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

/s/ John J. Allen

JOHN J. ALLEN
ANDREW E. MILLER
ELEANOR M. ORD
Attorneys for Defendant and Counterclaimant L.W. POTTER, INC.

IT IS SO ORDERED.

Dated: **August 12, 2014**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE